

# Fourth Court of Appeals
## San Antonio, Texas

November 1, 2019

No. 04-18-00812-CV

**TEXAS DEPARTMENT OF TRANSPORTATION,**
Appellant

v.

Naomi **MARKHAM**, et al.,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-01166
Honorable Martha Tanner, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
                 Luz Elena D. Chapa, Justice
                 Beth Watkins, Justice

Appellant's motion for rehearing is **DENIED**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of November, 2019.

_____
LUZ ESTRADA,
Chief Deputy Clerk